UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/17/2022
```

GRACIELA DONCOUSE,

                Plaintiff,

v.

177 NAP, INC. D/B/A BEN'S PIZZA and
177 SPRING STREET CORP.,

                Defendants.

22-CV-2706 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 15, 2022, the Court ordered the parties to submit a letter within forty-five (45) days of service of the summons complaint requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. Plaintiff filed proof on the docket that both Defendants were served on April 12, 2022. To date, the Court has not received the parties' joint letter. The parties shall file such letter on or before June 24, 2022.

SO ORDERED.

Dated:    June 17, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge